NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CHARLES W. COCHRAN,**

*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

2011-7026

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0586, Judge Alan G. Lance, Sr.

## ON MOTION

## O R D E R

Upon consideration of Charles W. Cochran's motion for a 90-day extension of time, to obtain counsel, and to file a brief,

IT IS ORDERED THAT:

The motion is granted in part. The appellant's brief, whether formal if counsel is obtained or informal (form

enclosed), is due within 60 days from the date of filing of this order. No further extensions.

FOR THE COURT

**MAR 2 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles W. Cochran (Informal Brief Form Enclosed)
William J. Grimaldi, Esq.

s21



**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 2 4 2011

**JAN HORBALY**
**CLERK**